IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE PHILLIPS on behalf of himself and all others similarly situated, | ) ) ) | Civil Action No. 1:06CV00918 |
| Plaintiff, | ) ) | Judge Reggie B. Walton |
| v. | ) ) ) | |
| BELLSOUTH CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Phillips, by and through his undersigned attorneys, hereby notifies the

Court of his voluntary dismissal without prejudice of his claims pursuant to Rule 41

(a)(1) of the Federal Rules of Civil Procedure.

DATED: MAY 25, 2006                    Respectfully submitted,

_____/s/_____
Gary E. Mason
THE MASON LAW FIRM, P.C.
1225 19th Street, NW
Suite 500
Washington, D.C. 20038
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Alexander E. Barnett
THE MASON LAW FIRM, P.C.
One Pennsylvania Plaza
Suite 4632
New York, NY 10119
Telephone: (212)-362-5770

Facsimile: (917)-591-5227

Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401)-831-7730
Facsimile: (401)-861-6064

Andrew Kierstead
LAW OFFICES OF ANDREW
KIERSTEAD
1001 S.W. 5th Ave., Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356